UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS,<br><br>             Plaintiff,<br><br>     v.<br><br>CHAPA,<br><br>             Defendant. | No. 1:24-cv-00506 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM COURT OF ADDITIONAL IDENTIFICATION INFORMATION<br><br>PLAINTIFF'S RESPONSE DUE **MAY 28, 2024** |
| MICHAEL THOMAS,<br><br>             Plaintiff,<br><br>     v.<br><br>CASTRO, et al.,<br><br>             Defendants. | No. 1:24-cv-00507 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM COURT OF ADDITIONAL IDENTIFICATION INFORMATION<br><br>PLAINTIFF'S RESPONSE DUE **MAY 28, 2024** |
| MICHAEL THOMAS,<br><br>             Plaintiff,<br><br>     v.<br><br>ALI, et al.,<br><br>             Defendants. | No. 1:24-cv-00511 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM COURT OF ADDITIONAL IDENTIFICATION INFORMATION<br><br>PLAINTIFF'S RESPONSE DUE **MAY 28, 2024** |

1  Plaintiff, a county jail inmate proceeding pro se, has filed the following three civil rights
2  actions seeking relief under 42 U.S.C. § 1983: Thomas v. Chapa, No. 1:24-cv-00506 GSA
3  ("Chapa"); Thomas v. Castro, No. 1:24-cv-00507 GSA ("Castro"), and Thomas v. Ali, No. 1:24-
4  cv-00511 GSA ("Ali"). The matters were referred to a United States Magistrate Judge pursuant
5  to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

6  Plaintiff is currently housed in Minnehaha County Jail located in Sioux Falls, South
7  Dakota. A review of the complaints in each of these matters indicates that the Defendants named
8  in them were all employees of Kern Valley State Prison at the time of the incidents in question.
9  See Chapa, ECF No. 1 at 2; Castro, ECF No. 1 at 2; Ali, ECF No. 1 at 2.

10  Given the fact that Plaintiff has a common name and is now housed in a county jail in a
11  different State, in order to avoid possible confusion with respect to Plaintiff's identity, additional
12  identifying information is needed before these matters proceed. Consequently, Plaintiff will be
13  ordered to provide his full legal name, and any and all aliases he has used when filing court
14  pleadings, as well as any and all inmate identification numbers that he has had while incarcerated
15  in any prison or jail during his lifetime.

16  Plaintiff will be given fourteen days to do so. Plaintiff must provide this information for
17  all three cases at one time, and the information provided in each of these three cases must be
18  complete and, if not identical, to explain the discrepancy .

19  Accordingly, IT IS HEREBY ORDERED that:

20  1. Within fourteen days from the date of this order – **by May 28, 2024**, – Plaintiff shall
21  provide the following information to the Court:

22  a. His full legal name and any nicknames and/or aliases that he has used when filing
23  court pleadings while incarcerated in any prison or jail during his lifetime.

24  b. Any and all prison and/or jail inmate identification numbers that have been
25  assigned to him while incarcerated in any prison or jail during his lifetime, regardless of the
26  where the facility is located, and

27  2. Plaintiff shall provide this information in all three of the above-referenced cases at one
28  time, and the information provided in each of these three cases must be complete and, if not

identical, to explain the discrepancy.

**Plaintiff is cautioned that failure to fully comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:   **May 15, 2024**                         **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE